AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ROBERT JOSEPH LUMPKIN,

           Plaintiff,

           JUDGMENT IN A CIVIL CASE

           v.

COUNSELOR BURK, COUNSELOR BRENDA DESHAZER, and AIRWAY HEIGHTS CORRECTIONS CENTER,

CASE NUMBER: CV-11-5005-CI

           Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the Complaint is DISMISSED WITHOUT PREJUDICE.

March 31, 2011                 JAMES R. LARSEN
*Date*                 *Clerk*
            s/ Sheila Parpolia
            *(By) Deputy Clerk*
            Sheila Parpolia